FEBRUARY 21, 1986

No. 85–995.   WESTERN UNION INTERNATIONAL, INC., ET AL. v. AMATO ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 53.

No. 85–6372 (A–609).   MOORE v. TEXAS.   Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.